**FILED**
August 4, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICKEY O'BRIEN,

Defendant.

Case No. 2:26-cr-00134-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICKEY O'BRIEN, Case No. 2:26-cr-00134-JAM, Charge 18 U.S.C. § 2251(a), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________

x Unsecured Appearance Bond $ 10,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Release delayed until 8/5/2026 at 8:00 AM to the third-party custody of Hannah Whittingham, and with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on August 4, 2026, at 2:50 PM.

By: ____________

Magistrate Judge Sean C. Riordan