# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
Aug 14, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**United States of America**
**vs.**
Mickey O'Brien

**Case No. 2:26-CR-00134-JAM-1**

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Mickey O'Brien, have discussed with Margarita Zepeda, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release:

"You must report any contact with law enforcement to your pretrial services officer within 24 hours;"

Reason for modification: Pretrial Services intended to recommend this condition of release at the time of the Detention Hearing on August 4, 2026; however, the condition was erroneously omitted from the proposed conditions of release submitted for the Court and counsel's review at the time.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant — Date: 8/5/26 — Signature of Pretrial Services Officer — Date: 8/5/2026

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant U.S. Attorney — Date: 8/12/26

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel — Date: 8/12/26

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

Signature of Third-Party Custodian — Date: 8/5/2026

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

Signature of Surety — Date: 8-5-2026

**ORDER OF THE COURT**

[X] The above modification of conditions of release is ordered, to be effective on August 14, 2026

[ ] The above modification of conditions of release is *not* ordered.

Dated: August 14, 2026

Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE